```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
M+J SAVITT, INC. and WYNNE SAVITT         :
WEINER,                                   :
                                          :   08 Civ. 8535 (DLC)
                    Plaintiffs,           :
                                          :   ORDER
        -v-                               :
                                          :
JANIS SAVITT, DESIGNS BY JANIS SAVITT,    :
INC. and PAUL SAVITT,                     :
                                          :
                    Defendants.           :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/09
```

DENISE COTE, District Judge:

Having received plaintiffs' letter of February 26, 2009, and upon consideration of the parties' submissions regarding plaintiffs' motion for voluntary dismissal pursuant to Fed. R. Civ. P. 23.1 and 41, it is hereby

ORDERED that plaintiffs' motion for voluntary dismissal without prejudice is denied. The Court will turn to considering defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 23.1.

IT IS FURTHER ORDERED that the briefing schedule for defendants' Fed. R. Civ. P. Rule 11 sanctions motion is amended as follows: defendant's motion is to be filed on **March 10, 2009**;

plaintiffs' opposition is due **March 13;** any reply is due **March 18.**

    SO ORDERED:

Dated:    New York, New York
           February 27, 2009

                                      DENISE COTE
                            United States District Judge