UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
M+J SAVITT, INC. and WYNNE SAVITT        :
WEINER,                                  :
                                         :   08 Civ. 8535 (DLC)
                Plaintiffs,              :
                                         :   ORDER
      -v-                                :
                                         :
JANIS SAVITT, DESIGNS BY JANIS SAVITT,   :
INC., MICHELLE SAVITT DONAHOWER,         :
MILDRED SAVITT and PAUL SAVITT,          :
                                         :
                Defendants.              :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09
```

DENISE COTE, District Judge:

   Counterclaimant Janis Savitt and Crossclaimant M+J Savitt, Inc. ("claimants") having requested an opportunity to file a second amended complaint that does not include a jury demand in light of the parties' stipulation to proceed with a bench trial, it is hereby

   ORDERED that the request is denied.

   IT IS FURTHER ORDERED that the record shall reflect that claimants have withdrawn their demand for a jury.

   SO ORDERED:

Dated:   New York, New York
         May 15, 2009

                              _____
                                    DENISE COTE
                              United States District Judge